**Order entered July 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00947-CR

**LINDSLEY HUGH CRAVENS II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 072669**

### ORDER

Before the Court is the State's July 11, 2022 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief due by August 8, 2022. We **DIRECT** the Clerk to set this case at issue.

/s/     BILL PEDERSEN, III
JUSTICE